IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00395-RPM

UNITED STATES OF AMERICA,

  Plaintiff,

v.

SG INTERESTS I, LTD.,
SG INTERESTS VII, LTD., and
GUNNISON ENERGY CORPORATION,

  Defendants.

---

## ORDER RE CONSENT JURISDICTION

---

  Pursuant to D.C.COLO.LCivR 72.2, the Clerk of this Court gave notice of the

provisions of the rule to the plaintiff together with a form for consent to the exercise of

jurisdiction by a United States Magistrate Judge.  Subsection G of the rule provides that

the assigned District Judge may vacate a reference of a civil matter to a Magistrate

Judge despite such consent.  To avoid possible delay and confusion in the

management of this anti-trust action, it is

  ORDERED that no order of reference to a Magistrate Judge will be entered other

than a possible limited order of reference for a particular purpose.

  DATED: February 16th, 2012

      BY THE COURT:

      Richard P. Matsch, Senior Judge