**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-00395-RPM

UNITED STATES OF AMERICA

      Plaintiff,

v.

SG INTERESTS I, LTD.,
SG INTERESTS VII, LTD., and
GUNNISON ENERGY CORPORATION

      Defendants.

---

**SUBMISSION BY GUNNISON ENERGY CORPORATION
PURSUANT TO SECTION 5(g) OF THE CLAYTON ACT**

---

      Defendant Gunnison Energy Corporation makes this submission pursuant to Section 5(g) of the Clayton Act, 15 U.S.C. §16(g), regarding written and oral communications between representatives of Defendant and any officer or employee of the United States concerning or relevant to the Proposed Final Judgment filed in this matter, other than communications involving only the Attorney General or employees of the Department of Justice and counsel of record for the Defendants.

      No communications relevant to Section 5(g) have been made other than communications involving only the Attorney General or employees of the Department of Justice and counsel of record for Defendants.

      Gunnison Energy Corporation hereby certifies that this disclosure complies with the requirements of Section 5(g) of the Clayton Act, 15 U.S.C. §16(g), and that this disclosure is a true and complete description of relevant communications known to Gunnison Energy Corporation or of which Gunnison Energy Corporation reasonably should have known.

      Dated:  May 1, 2012.

For Gunnison Energy Corporation:


  s/ *Timothy R. Beyer*
Timothy R. Beyer
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, CO  80202-4432
Telephone:  303.233.1100
Facsimile:  303.223.1111
Email: tbeyer@bhfs.com

2

## CERTIFICATE OF SERVICE

  I hereby certify that on May 1, 2012, I electronically filed the foregoing **SUBMISSION BY GUNNISON ENERGY CORPORATION PURSUANT TO SECTION 5(g) OF THE CLAYTON ACT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Sarah Wagner | L. Poe Leggette |
| Trial Attorney, Transportation, | Fulbright & Jaworski, LLP. |
| Energy & Agriculture Section | 370 17th Street, Suite 2150 |
| United States Department of Justice | Denver, CO 80202 |
| 450 5th Street NW, Suite 8000 | pleggette@fulbright.com |
| Washington, D.C. 20530 | *Counsel for Defendants* |
| Sarah.Wagner@usdoj.gov | *SG Interests I, Ltd. and* |
| *Counsel for the United States* | *SG Interests VII, Ltd.* |

                s/ *Paulette M. Chesson*
                Paulette M. Chesson