IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00395-RPM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SG INTERESTS I, LTD.,
SG INTERESTS VII, LTD., and
GUNNISON ENERGY CORPORATION,

      Defendants.

_____

ORDER GRANTING MOTION TO AUTHORIZE AN ALTERNATIVE METHOD OF
PUBLIC DISSEMINATION OF TUNNEY ACT COMMENTS
_____

The Court, having considered the motion of the United States, finds that good cause exists pursuant to 15 U.S.C. § 16(d) to excuse the publication of the public comments in the *Federal Register*,

GRANTS the Unopposed Motion of the United States to Authorize an Alternative Method of Public Dissemination of Tunney Act Comments, and

AUTHORIZES, as an alternative method of public dissemination, the publication in the *Federal Register* of a statement providing the location on the United States Department of Justice website where the public comments may be viewed and downloaded.

DATED: June 5th, 2012

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior Judge