## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                April 22, 2013
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

___

Civil Action No. 12-cv-00395-RPM

| | |
|---|---|
| UNITED STATES OF AMERICA, | J. Richard Doidge |
| | Sarah L. Wagner |
| Plaintiff, | William H. Stallings |
| v. | |
| SG INTERESTS I, LTD., | L. Poe Leggette |
| SG INTERESTS VII, LTD., and | |
| GUNNISON ENERGY CORPORATION, | Timothy R. Beyer |
| Defendants. | |

___

### COURTROOM MINUTES
___

**Hearing Regarding Proposed Final Judgments**

**10:00 a.m.**      **Court in session.**

Court's preliminary remarks.

Mr. Doidge answers questions asked by the Court regarding Sections IV and VI of proposed judgments.

Mr. Beyer and Mr. Leggette answer questions asked by the Court regarding their authority to enter into the proposed agreements and state they agree with Mr. Doidge's explanation regarding compliance as made on the record, in response to Court's questions.

Discussion between Court Mr. Doidge , Mr. Leggette and Mr. Beyer regarding settlement of all issues raised in the action.
Counsel confirm that only the issues raised in the complaint are settled.

**ORDERED:**   **Plaintiff's Unopposed Motion for Entry of Final Judgment with Respect to Defendant Gunnison Energy Corporation, [25], is granted.**

**Plaintiff's Unopposed Motion for Entry of Final Judgment with Respect to Defendants SG Interests I, LTD. And Sg Interests VII, LTD., [26], is granted.**

**10:18 a.m.**      **Court in recess.**   Hearing concluded.  Total time: 18 min.